

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2021

No. 04-20-00058-CV

**IN THE MATTER OF THE ESTATE OF KENNETH CURTIS ANDREWS, DECEASED**,

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-04-0239-CVW
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
    Luz Elena D. Chapa, Justice
    Lori I. Valenzuela, Justice

Appellant's motion for rehearing and/or motion for en banc reconsideration was due on June 24, 2021. On June 24, 2021, appellant filed a motion requesting a twenty-one day extension of time. The motion is GRANTED and appellant's motion for rehearing and/or motion for en banc reconsideration is due **no later than July 15, 2021**.

It is so **ORDERED** June 28, 2021.

**PER CURIAM**

ATTESTED TO:_____
    MICHAEL A. CRUZ,
    CLERK OF COURT